# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ____Hagåtña____

Country/Parish ____N/A____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00022**

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name ____Edward M.C. Guerrero____

Allisas Name _____

Address _____

____Mangilao, Guam____

**RECEIVED MAR - 1 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date __XX/XX/1985__ SS# __XXX-XX-0954__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Kristin D. St. Peter__

**Interpreter:** __X__ No ____ Yes    List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty    ____ Misdemeanor    __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 15 U.S.C. § 1644 | FRAUDULENT USE OF A CREDIT CARD | 1 |
| Set 2 | 18 U.S.C. § 1029 | ACCESSING DEVICE FRAUD | 2 |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __3/1/07__    Signature of AUSA: _(signed) for K St Peter_