RECEIVED
FEB 28 2007
US MARSHALS SERVICE-GUAM

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**EDWARD M.C. GUERRERO**

**SUMMONS IN A CRIMINAL CASE**

Case Number:    **CR-07-00022**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **DISTRICT COURT OF GUAM**<br>**4th FLOOR U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE** | **413** |
| | Date and Time |
| Before   **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **Wednesday, March 7, 2007 at 10:15 A.M.** |

To answer a(n)
[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**COUNT I - Fraudulent Use of a Credit Card, 15 U.S.C. § 1644**

**COUNT II - Accessing Device Fraud, 18 U.S.C. § 1029**

FILED
DISTRICT COURT OF GUAM
MAR - 5 2007 nbc
MARY L.M. MORAN
CLERK OF COURT

**VIRGINIA T. KILGORE, DEPUTY CLERK**
Name and Title of Issuing Officer

/s/ Virginia T. Kilgore
Signature of Issuing Officer

**FEBRUARY 28, 2007**
Date

ORIGINAL

**RETURN OF SERVICE**

| | Date |
|---|---|
| Service was made by me on:[1] | 3/2/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS Hogats G

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/5/07
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.