# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00022 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| EDWARD M.C. GUERRERO, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to March 1, 2007.

Dated this 7th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**