# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00022-001         DATE: April 27, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 10:19:33 - 10:36:10 |
| CSO: B. Pereda | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Edward M.C. Guerrero | Attorney: John Gorman |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Kristin St. Peter | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: T. Muna / R. Manglona |
| Interpreter: | Language: |

---

**PROCEEDINGS: Change of Plea**

- Pen and ink changes made to the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: <u>Guilty</u>
- Report and Recommendation executed by the Court.
- Sentencing set for: <u>July 27, 2007 at 10:00 a.m.</u>
- Draft Presentence Report due to the parties: <u>6/29/2007</u>
- Response to Presentence Report: <u>7/13/2007</u>
- Final Presentence Report due to the Court: <u>7/20/2007</u>
- Defendant released as previously ordered by this Court.

NOTES: