ORIGINAL

Cont.sentencing

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 02 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00022 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| EDWARD M. C. GUERRERO, | |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel, and the defendant, through his counsel, John T. Gorman, Federal Public Defender, and hereby stipulate to continue the sentencing in this matter, now scheduled for July 27, 2007, at 10:00 a.m., to a date on or between August 13-17, 2007, to be selected by the court.

//
//
//
//
//
//

The parties make this request because government counsel will be off-island on previously scheduled training, and personal leave.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 6/29/07

By: _____ for
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

DATE: 6/29/07

_____
JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant