Cont.sentencing

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00022 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| EDWARD M. C. GUERRERO, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties to Continue the Sentencing, filed July 2, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** the Sentencing be continued to August 15, 2007, at the hour of 9:30 a.m.

**So Ordered.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 02, 2007**