# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

**NOTICE**

V.

Edward M.C. Guerrero            CASE NUMBER: **CR-07-00022-001**

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Wednesday, August 15, 2007 at 9:30 a.m.** | **Tuesday, September 4, 2007 at 2:00 p.m.** |

                            JEANNE G. QUINATA, CLERK OF COURT
                            U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 9, 2007**                          /s/ Leilani R. Toves Hernandez
DATE                                           (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
          Federal Public Defender
          U.S. Probation Office
          U.S. Marshals Service

Case 1:07-cr-00022    Document 20    Filed 08/09/2007    Page 1 of 1