JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
EDWARD M.C. GUERRERO

RECEIVED
AUG 17 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
AUG 1 7 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00022 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING DATE |
| vs. ) | |
| ) | |
| EDWARD M.C. GUERRERO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for September 4, 2007 at 2:00 p.m. be continued for approximately 30 days to the first week of October, 2007or a date convenient for the Court's calendar. The parties request this continuance as defense counsel will be off-island for personal reasons from August 24, 2007 to September 25, 2007.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 16, 2007.

JOHN T. GORMAN
Attorney for Defendant
EDWARD M.C. GUERRERO

KRISTIN D.ST. PETER
Attorney for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL