JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
EDWARD M.C. GUERRERO

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00022 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION CONTINUING |
| | ) | SENTENCING DATE |
| vs. | ) | |
| | ) | |
| EDWARD M.C. GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS SO ORDERED that the Sentencing Hearing currently scheduled for September 4, 2007 at 2:00 p.m. is hereby continued to October 2, 2007, at 9:00 a.m.

    DATED: August 21, 2007.   Hagatna, Guam.



/s/ Frances M. Tydingco-Gatewood
Chief Judge