IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

CASE NO.: CR-07-00022-001                     DATE: October 02, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                         Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez / Walter Tenorio    Electronically Recorded: 9:17:57 - 10:00:27
CSO: B. Benavente

**APPEARANCES:**

Defendant: Edward M.C. Guerrero                Attorney: John Gorman
   Present   Custody   Bond   P.R.           Present   Retained   FPD   CJA
U.S. Attorney: Kristin St. Peter               U.S. Agent: Luis Rivera, Air Force Security Forces
U.S. Probation: Stephen Guilliot               U.S. Marshal: D. Punzalan
Interpreter:                                   Language:

**PROCEEDINGS: Sentencing**
- Government submitted Exhibits 1 and 2.
- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine in the amount of $500.00.
- Defendant ordered to pay restitution in the amount of $1,647.00
- Defendant ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES:



**Signature Information**
Store: 1731001
Store-10#: 6148100100
Store Name: Anderson Main Store
Transaction ID: 845
Date: 12/23/2006 5:41:00 PM
Associate: 501
Register: 42
Tender Type: VISA
Tender Amount: $102.28
Card Number: 4315060249352101
Card Expiration: 05/2009
Authorization Number: 601560
Transaction Type: Sale







CUST. SIGNATURE

http://172.18.176.35/poswatch/rptDisplaySignature.asp?a_orderid=221180208&a_ordertend.



GRAND JURY EXHIBIT



Signature Information
Store: 1731301
Store-ID#: 6148130100
Store Name: Anderson CCC
Transaction ID: 1666
Date: 12/24/2006 1:19:00 PM
Associate: 134
Register: 2
Tender Type: VISA
Tender Amount: $25.00
Card Number: 4315060249352101
Card Expiration: 05/2009
Authorization Number: 984194
Transaction Type: Sale



ARMY AND AIR FORCE EXCHANGE SERVICE

Triversity

http://172.18.176.35/poswatch/rptDisplaySignature.asp?a_orderid=221307993&a_orderiend



GRAND JURY EXHIBIT
2