edwardguerrerodismiss

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 11 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00022 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS COUNT I** |
| | ) **OF THE INDICTMENT** |
| EDWARD M.C. GUERRERO, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that Count I of the Indictment in the above cause against defendant, EDWARD M.C. GUERRERO, be dismissed without prejudice, for the reason that the defendant has plead guilty and has been sentenced to Count II of said Indictment.

Respectfully submitted this 11th day of October 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney