LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00022 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS COUNT I** |
| | ) **OF THE INDICTMENT** |
| EDWARD M.C. GUERRERO, | ) |
| Defendant. | ) |

The United States' Motion to dismiss Count I of the Indictment Without Prejudice against defendant, EDWARD M.C. GUERRERO, is hereby granted.

SO ORDERED this 11th day of October 2007.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge